U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 10, 2010**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **IN RE:** | § | **Case Number: 09-47023-RFN** |
| | § | |
| **ERNEST RAY GARCIA** | § | **Chapter 13** |
| **SHAWNEE MARIE GARCIA** | § | |
| | § | **JUDGE RUSSELL F NELMS** |
| | § | |

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

On this day came on to be heard the Trustee's **"Motion to Dismiss Chapter 13 Proceeding."** It appears to the Court that due notice has been given to Debtor(s) and Debtor's(s') Counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It further appears that dismissal of this case is in the best interest of the creditors of the estate;

**IT IS, THEREFORE, ORDERED,** that the above proceeding be, and hereby is in all things **DISMISSED**, without prejudice;

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326 (a) (2), and file the Trustee's Final Report, and

**IT IS FURTHER ORDERED** that the remaining balances of all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

CC:     PATRICK D WEST
        4420 W VICKERY BLVD STE 100
        FORT WORTH, TX  76107-6253